DENNIS M. PRINCE
Nevada Bar No. 5092
ANGELA M. LEE
Nevada Bar No. 14905
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89148
Tel: 702-534-7600
Fax: 702-534-7601
E-Mail: eservice@thedplg.com
*Attorneys for Plaintiff Tiffany Hedgepeth*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIFFANY HEDGEPETH, an individual,

Plaintiff,

vs.

MEIBORG BROS, INC., an Illinois Corporation; MEIBORG, INC., an Illinois Corporation; JAMES RAY COX, an individual; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

CASE NO.: 2:24-cv-00045-CDS-MDC

**JOINT DISCOVERY PLAN AND [PROPOSED] SCHEDULING ORDER**

**[SUBMITTED IN COMPLIANCE WITH LR 26-1(B)]**

The parties, by and through their counsel of record, hereby submit the following Joint Discovery Plan and [Proposed] Scheduling Order pursuant to Rule 26(f)(3) and LR 26-1:

A. Answer. Defendants MEIBORG BROS., INC., MEIBORG, INC., and JAMES RAY COX answered to Plaintiffs TIFFANY HEDGEPETH complaint on December 28, 2023.

B. Meeting. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), a meeting was held on February 2, 2024 at 3:00 p.m. was attended by:



Plaintiff's counsel: Angela M. Lee of PRINCE LAW GROUP, appearing on behalf of Plaintiff TIFFANY HEDGEPETH ("Plaintiff").

Defendant's counsel: Robert Thompson of RESNICK & LOUIS, P.C. appearing on behalf of Defendants MEIBORG BROS., INC., MEIBORG, INC., and JAMES RAY COX ("Defendants").

C. Initial Disclosures. Plaintiff produced her Initial Disclosures on **Thursday, February 15, 2024**. Defendants produced their Initial Disclosures on **Friday, February 16, 2024**.

D. Discovery Plan. Discovery does not need to be conducted in phases. The parties jointly propose to the Court the following discovery plan:

1. Subject of Discovery. The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

2. Discovery Cut-Off Date(s). Discovery will take 180 days, measured from the date the first defendant answers or appears, which means all discovery must be completed by **Tuesday, June 25, 2024**.

3. Amending the Pleadings and Adding Parties. The last date for filing motions to amend pleadings or to add parties shall not be later than 90 days prior to the close of discovery. In this action, the last date to file motions to amend the pleadings or add parties shall be **Wednesday, March 27, 2024.**

4. FRCP 26(a)(2) Disclosures (Experts). The last day to disclose expert witnesses shall be 60 days before the discovery cut-off date. In this action, the last date to disclose experts shall be **Friday, April 26, 2024.** The date for the disclosure of rebuttal expert witnesses shall be 30 days after the initial disclosure of experts. In this action, the last date to disclose rebuttal experts shall be **Monday, May 27, 2024 (actual due date is Sunday, May 26, 2024).**

. . .

DPLG
PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

5. Dispositive Motions. The last date to file dispositive motions shall not be later than 30 days after the discovery cut-off date. In this action, the last date to file dispositive motions shall be **Thursday, July 25, 2024.**

6. Joint Pretrial Order. The Joint Pretrial Order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pretrial order shall be filed on or before **Monday, August 26, 2024 (actual due date is Saturday, August 24, 2024)**. If dispositive motions are timely filed, the date for filing the Joint Pretrial Order shall be suspended.

7. FRCP 26(a)(3) Disclosures. The disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

8. Alternative-Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative-dispute resolution processes including mediation, arbitration, and if applicable, early neutral evaluation pursuant to LR 26-1(b)(7).

9. Alternative Forms of Case Disposition. The parties certify that they considered and did not consent to trial by magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

10. Electronic Evidence. The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties will enter into stipulations before trial about providing discovery in an electronic format compatible with the Court's electronic jury evidence display system.

E. Consent to Service by Electronic Means through Electronic Mail. The undersigned, on behalf of Plaintiff and Defendants, hereby consent to service of documents by electronic means via electronic mail and/or facsimile and/or by U.S. Mail.

Documents served by electronic means must be transmitted to the following person at the e-mail address and/or facsimile number below:

DPLG
PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

1. Plaintiffs' Attorneys: Prince Law Group

E-Service Address: dprince@thedplg.com, alee@thedplg.com, eservice@thedplg.com

Facsimile Number: 702-534-7601

2. Defendant's Attorneys: Resnick & Louis, P.C.

E-Service Address: mroose@rlattorneys.com, rthompson@rlattorneys.com, sjackson@rlattorneys.com, balexander@rlattorneys.com, mmorrow@rlattorneys.com

Facsimile Number: 702-997-3800

DATED: March 5, 2024

**PRINCE LAW GROUP**

/s/ Dennis M. Prince

DENNIS M. PRINCE
Nevada Bar No. 5092
ANGELA M. LEE
Nevada Bar No. 14905
ANDREW R. BROWN
Nevada Bar No. 15875
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89148
*Attorneys for Plaintiff*

DATED: March 5, 2024

**RESNICK & LOUIS, P.C.**

/s/ Robert L. Thompson

ROBERT L. THOMPSON
Nevada Bar No. 9920
MELISSA J. ROOSE
Nevada Bar No. 7889
8945 W. Russell Road. Ste. 330
Las Vegas, NV 89148
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

1. The discovery cut-off shall be **Tuesday, June 25, 2024**.

2. Amending the Pleadings and Adding Parties. The last date for filing motions to amend pleadings or to add parties shall not be later than 90 days prior to the close of discovery. In this action, the last date to file motions to amend the pleadings or add parties shall be **Wednesday, March 27, 2024.**

3. FRCP 26(a)(2) Disclosures (Experts). The last day to disclose expert witnesses shall be 60 days before the discovery cut-off date. In this action, the last date to disclose



DPLG PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

experts shall be **Friday, April 26, 2024.** The date for the disclosure of rebuttal expert witnesses shall be 30 days after the initial disclosure of experts. In this action, the last date to disclose rebuttal experts shall be **Monday, May 27, 2024.**

4. Dispositive Motions. The last date to file dispositive motions shall not be later than 30 days after the discovery cut-off date. In this action, the last date to file dispositive motions shall be **Thursday, July 25, 2024.**

5. Joint Pretrial Order. The Joint Pretrial Order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pretrial order shall be filed on or before **Monday, August 26, 2024.**

6. FRCP 26(a)(3) Disclosures. The disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

**DATED**: 3-7-24

UNITED STATES MAGISTRATE JUDGE



10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

## RE: Hedgepeth v. Meiborg Bros, Inc., et. al.; Joint Status Report

Robert Thompson <rthompson@rlattorneys.com>

Tue 3/5/2024 11:27 AM

To:Angela Lee <alee@thedplg.com>;Dennis Prince <dprince@thedplg.com>;Amy Larsen <alarsen@thedplg.com>;Jessica Mejia <jmejia@thedplg.com>;Amy Ebinger <aebinger@thedplg.com>
Cc:Mark Smith <mrsmith@rlattorneys.com>;Bonita Alexander <balexander@rlattorneys.com>;Autumn Humble <ahumble@rlattorneys.com>

Hi Angela,

It was a pleasure speaking with you today. You may affix my signature to the updated discovery plan.

Please also allow this email to confirm that your office granted us an extension to respond to your written discovery requests (Interrogatories, Requests for Production and Requests for Admissions) to April 5, 2024.

We also grant you request of an extension to respond to our written discovery to Friday, March 22, 2024.

Thank you again for your professional courtesy. Please feel free to contact us any time if you have any questions.

Thanks,

Bobby

Robert L. Thompson, Esq.
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
rthompson@rlattorneys.com
Telephone: (702) 997-1026




**ARIZONA | CALIFORNIA (7) | COLORADO | FLORIDA (6) | MISSISSIPPI | NEW MEXICO| NEW JERSEY | NEW YORK | NEVADA | SOUTH CAROLINA | TEXAS (4) | UTAH | LONDON, UK**

**www.rlattorneys.com**

This message is confidential and may contain privileged information. Only the intended recipient is authorized to read or utilize the information contained in this e-mail. If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

---

**From:** Angela Lee <alee@thedplg.com>
**Sent:** Monday, February 26, 2024 3:51 PM
**To:** Robert Thompson <rthompson@rlattorneys.com>; Dennis Prince <dprince@thedplg.com>; Amy Larsen <alarsen@thedplg.com>; Jessica Mejia <jmejia@thedplg.com>; Amy Ebinger <aebinger@thedplg.com>
**Cc:** Mark Smith <mrsmith@rlattorneys.com>; Bonita Alexander <balexander@rlattorneys.com>; Autumn Humble <ahumble@rlattorneys.com>
**Subject:** RE: Hedgepeth v. Meiborg Bros, Inc., et. al.; Joint Status Report

Hi Robert,