**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tiffany Hedgepeth,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Meiborg Bros, Inc., *et al.*,<br><br>　　　　　　Defendant(s). | **2:24-cv-00045-CDS-MDC**<br><br>**Order** |

　　　　In light of the tragic events of April 8, 2024, the Court *sua sponte* vacates the pre-trial deadlines set forth in its March 26, 2024, Order (ECF No. 20). Discovery shall be temporarily stayed for 60 days from the date of this Order. The parties are requested to please confer and submit a stipulation by June 17, 2024, with proposed new pre-trial and discovery deadlines."

　　　　DATED this 11th day of April 2024.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge