ROBERT T. EGLET
Nevada Bar No. 3402
TRACY A. EGLET
Nevada Bar No. 6419
ROBERT M. ADAMS
Nevada Bar No. 6551
ARTEMUS W. HAM, IV
Nevada Bar No. 7001
JOEL D. HENRIOD
Nevada Bar No 8492
EGLET ADAMS EGLET HAM HENRIOD
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.: 702-450-5400
Fax: 702-450-5451
eservice@egletlaw.com

CHAD M. GOLIGHTLY
Nevada Bar No. 5331
LAW OFFICES OF
CHAD M. GOLIGHTLY, LTD
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123
*Attorneys for Plaintiffs*

ROBERT T. EGLET
Nevada Bar No. 3402
TRACY A. EGLET
Nevada Bar No. 6419
ROBERT M. ADAMS
Nevada Bar No. 6551
ARTEMUS W. HAM, IV
Nevada Bar No. 7001
JOEL D. HENRIOD
Nevada Bar No 8492
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
EGLET ADAMS & GOLIGHTLY, PLLC
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY HEDGEPETH,, <br><br> Plaintiff, <br><br> vs. <br><br> MEIBORG BROS, INC., ET AL., <br><br> Defendants. | CASE NO.: 2:24-cv-00045-CDS-MDC <br><br> **SUBSTITUTION OF ATTORNEYS** |

1  IT IS HEREBY STIPULATED, Plaintiff TIFFANY HEDGEPETH hereby substitutes Tracy A. Eglet, Esq., and Artemus W. Ham, IV., Esq., of EGLET ADAMS EGLET HAM HENRIOD to represent her in the above-entitled matter in the place and stead of PRINCE LAW GROUP Pursuant to LR IA 11-6.

All future correspondence, notices and pleadings are to be directed to Tracy A. Eglet, Esq., and Artemus W. Ham, IV, Esq., of EGLET ADAMS EGLET HAM HENRIOD.

EGLET ADAMS EGLET HAM HENRIOD acknowledges that the Court *sua sponte* vacated the pre-trial deadlines set forth in its March 26, 2024, Order (ECF No. 20), and that discovery has been stayed for 60 days from April 11, 2024, the date of the Order. EGLET ADAMS EGLET HAM HENRIOD further acknowledges that the Court has requested the parties to confer and submit a stipulation by June 17, 2024, with proposed new pre-trial and discovery deadlines. *See Exhibit 1, the Court's Order of April 11, 2024 (ECF No. 21).*

The undersigned hereby agrees to the law firm EGLET ADAMS EGLET HAM HENRIOD being substituted as attorneys for Plaintiff, TIFFANY HEDGEPETH, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 16th day of May 2024.

_____
TIFFANY HEDGEPETH, PLAINTIFF

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

The undersigned hereby agrees to the firm of EGLET ADAMS & GOLIGHTLY, PLLC, being substituted as attorneys for Plaintiff, TIFFANY HEDGEPETH, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED, May 22, 2024.

PRINCE & GOLIGHTLY, PLLC

CHAD M. GOLIGHTLY
Nevada Bar No. 5331
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123

The undersigned hereby agrees to the law firm EGLET ADAMS EGLET HAM HENRIOD being substituted as attorneys for Plaintiff, TIFFANY HEDGEPETH, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 28 day of May 2024.

PRINCE LAW GROUP

ANGELA M. LEE, ESQ.
Nevada Bar No.14905
10801 W. Charleston Blvd, Suite 560
Las Vegas, NV 89135

/ / /
/ / /
/ / /
/ / /
/ / /

3

The undersigned hereby agrees to the law firm Eglet Adams Eglet Ham Henriod being substituted as attorneys for Plaintiff, TIFFANY HEDGEPETH, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 16 day of May 2024.

                              **EGLET ADAMS EGLET HAM HENRIOD**

                              TRACY A. EGLET, ESQ.
                              Nevada Bar No. 6419
                              ARTEMUS W. HAM, IV., ESQ.
                              Nevada Bar No. 7001
                              400 South 7th Street, Suite 400
                              Las Vegas, Nevada  89101

IT IS SO ORDERED

DATED this 4th day of June 2024.

4

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the firm, and that on the 30th day of May 2024, I caused the foregoing document entitled **SUBSTITUTION OF ATTORNEY** as follows via electronic means by operation of the Court's electronic filing system, upon each party in this case who registered as an electronic case filing user with the clerk.

*Makaela Otto*

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Tiffany Hedgepeth,

    Plaintiff(s),

vs.

Meiborg Bros, Inc., et al.,

    Defendant(s).

2:24-cv-00045-CDS-MDC

Order

    In light of the tragic events of April 8, 2024, the Court *sua sponte* vacates the pre-trial deadlines set forth in its March 26, 2024, Order (ECF No. 20). Discovery shall be temporarily stayed for 60 days from the date of this Order. The parties are requested to please confer and submit a stipulation by June 17, 2024, with proposed new pre-trial and discovery deadlines."

DATED this 11th day of April 2024.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge